UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LOUIS ALEXANDRE NOEL ALBERT DALBIS,            :
:
                Plaintiff,            :
:      25-CV-00405 (JMF)
      -v-            :
:      MEMORANDUM OPINION
FRANCE (ADMINISTRATION, PUBLIC SERVICES),      :      AND ORDER
:
                Defendant.            :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff Louis Alexandre Noel Albert Dalbis, proceeding without counsel, brings claims under the Alien Tort Statute and various international treaties against France. *See generally* ECF Nos. 9, 22. The case is substantially similar to a previous case filed by Dalbis in this District, *see* No. 24-CV-2527-LTS (S.D.N.Y.), which Chief Judge Swain transferred *sua sponte* to the United States District Court for the District of Columbia, *see* No. 24-CV-2527-LTS, ECF No. 7.

      For the reasons articulated in Chief Judge Swain's prior transfer order, the Court does the same here and transfers the case to the United States District Court for the District of Columbia. In short, Dalbis brings this suit against France based on events that largely occurred in France. *See* ECF Nos. 9, 22. And although some events may have occurred after Dalbis relocated to the United States, he alleges no facts suggesting that any of the events giving rise to his claims occurred in this District. *Id.* Because Dalbis's claims against France arise from events that allegedly occurred in France, the only proper venue for those claims is the United States District Court for the District of Columbia. *See* 28 U.S.C. § 1391(f)(4). Accordingly, the Court concludes that transfer of this action to the District of Columbia is proper pursuant to 28 U.S.C.

§ 1404(a), *see D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 106 (2d Cir. 2006) ("District courts have broad discretion in making determinations of convenience under Section 1404(a) and notions of convenience and fairness are considered on a case-by-case basis."), if not required pursuant to 28 U.S.C. § 1406(a).

The Clerk of Court is directed to transfer this action to the United States District Court for the District of Columbia and to close the case.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 5, 2025
      New York, New York

                                            JESSE M. FURMAN
                                           United States District Judge